**ESTATE of Charles C. INGALLS, Deceased.**

**W. E. CLARK and Sterling Newell, Co-executors, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**Lewis INGALLS, Petitioner, v. SAME.**
**Nos. 9251, 9252.**

Circuit Court of Appeals, Sixth Circuit.

Feb. 9, 1943.

William A. Southworth, of Cleveland, Ohio (Squire, Sanders & Dempsey, Sterling Newell, and William A. Southworth, all of Cleveland, Ohio, on the brief), for petitioners in both cases.

Joseph M. Jones, of Washington, D. C. (Samuel O. Clark, Jr., Sewall Key, Helen R. Carloss, and Maryhelen Wigle, all of Washington, D. C., on the brief), for respondent in both cases.

Before SIMONS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

These causes having been heard and considered together upon the record, briefs and oral argument, on petition of the taxpayers for review of the decisions of the United States Board of Tax Appeals (now the Tax Court of the United States) upholding deficiency assessments by the Commissioner of Internal Revenue on income tax liability for the year 1938; and this court having reached the conclusion that the Board of Tax Appeals, for the reasons stated in its opinion reported in 45 B.T.A. 787, correctly decided the controversies, the decisions are accordingly affirmed.

■

**Joe MEYER v. CITY OF EUFAULA, OKLAHOMA, a Municipal Corporation, et al.**
**No. 2512.**

Circuit Court of Appeals, Tenth Circuit.

Dec. 15, 1942.

Banker & Bonds, of Muskogee, Okl., and George W. Polk, of Fort Worth, Tex., for appellant.

E. C. Hopper, Jr., of Eufaula, Okl., and A. M. Frazier, of Dallas, Tex., for appellees.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed on court's own motion on ground that appeal was taken from a non-appealable order.